## COMPLETE AUTO TRANSIT, INC., *v.* CARPENTIER, SECRETARY OF STATE OF ILLINOIS.

No. 750. Decided April 24, 1961.

*Larry A. Esckilsen* and *Edmund M. Brady* for appellant.

*William G. Clark,* Attorney General of Illinois, and *Samuel H. Young* and *Raymond S. Sarnow,* Assistant Attorneys General, for appellee.

*George S. Dixon* for the National Automobile Transporters Association, as *amicus curiae.*

PER CURIAM.

The motion of the National Automobile Transporters Association for leave to file brief, as *amicus curiae,* is granted. The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.